## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **LM Insurance Corporation**, as subrogee of Jeremy Williams<br><br>        Plaintiffs,<br><br>    v .<br><br>**Gree USA, INC., MJC AMERICA, LTD**, **GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI**, and **HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD.**<br><br>        Defendants. | Case No.1:21-cv-02598-JRS-TAB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, LM Insurance Corporation, Gree USA, Inc., MJC America, Ltd., Gree Electronic Appliances, Inc. of Zhuhai, and Hong Kong Gree Electric Appliance Sales, Ltd., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims made in this action against Defendants—with all parties to bear their own fees and costs.

Respectfully submitted,

/s/ *Katherine O'Malley (with permission)*
Katherine O'Malley
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3136 – Phone
(312) 706-9736 – Fax
komalley@cozen.com

*Attorney for Plaintiff*

/s/ *Kayla Moody-Grant*
Russell Menyhart, Atty. No. 25018-49
Kayla Moody-Grant, Atty. No. 35801-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
rmenyhart@taftlaw.com
kgrant@taftlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kayla Moody-Grant*
Kayla Moody-Grant

2