IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **LM Insurance Corporation**, as subrogee of Jeremy Williams<br><br>Plaintiffs,<br><br>v.<br><br>**Gree USA, INC., MJC AMERICA, LTD**, **GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI**, and **HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD.**<br><br>Defendants. | Case No.1:21-cv-02598-JRS-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Joint Stipulation of Dismissal With Prejudice, this case is DISMISSED with prejudice.

SO ORDERED.

Date: 3/9/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.